```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ASHLEY MARTINEZ,                                              :
                                  Plaintiff,                  :     22 Civ. 2596 (LGS)
                                                              :
              -against-                                       :     ORDER
                                                              :
DISCOVER FINANCIAL SERVICES, INC.,                            :
  et al..,                                                    :
                                  Defendants.                 :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for June 1, 2022. (Dkt. No. 16.)

WHEREAS, Plaintiff voluntarily dismissed Defendant Discover Financial Services (Dkt. No. 24) and has filed a notice of settlement as to Defendants Experian Information Solutions, Inc. and Trans Union (Dkt. No. 25).

WHEREAS, Plaintiff and the remaining Defendant, Equifax Information Services, LLC, timely filed a joint letter and proposed case management plan. (*See* Dkt. Nos. 26, 27.) Plaintiff and Defendant Equifax raised no significant issues in the joint letter. (*See* Dkt. No. 27.) It is hereby

**ORDERED** that the June 1, 2022, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if Defendant Equifax seeks to file a motion to dismiss, Defendant Equifax shall

file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated:  May 19, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**