```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ASHLEY MARTINEZ,                                            :
                                    Plaintiff,              :   22 Civ. 2596 (LGS)
                                                            :
                -against-                                   :   ORDER
                                                            :
DISCOVER FINANCIAL SERVICES, INC.,                          :
et al..,                                                    :
                                    Defendants.             :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the April 25, 2022, Order, Defendant Equifax's answer was due May 25, 2022.  (Dkt. No. 21.)

WHEREAS, no such answer was filed.  It is hereby

**ORDERED** that by **June 3, 2022**, Defendant Equifax shall answer or otherwise respond to the complaint.

Dated: May 31, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**