UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ASHLEY MARTINEZ,
                           Plaintiff,  :  22 Civ. 2596 (LGS)

         -against-  :  ORDER

DISCOVER FINANCIAL SERVICES, INC.,
et al..,
                          Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences and deadlines are **CANCELLED**.

Dated: June 2, 2022
       New York, New York

                                                 LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**